UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| JULIE J. ANDERSON, | ) | |
| Plaintiff, | ) | 3:09-cv-00740-LRH-RAM |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr. (#16[1]) entered on February 28, 2011, recommending denying Plaintiff's Motion for Remand (#10), granting Defendant's Cross-Motion for Summary Judgment (#13-14), and affirming the decision of the ALJ.  Plaintiff filed her Objections to Report and Recommendation by U.S. Magistrate McQuaid  (#17) on March 17, 2011, and Defendant filed his Response to Plaintiff's Objections to Report and Recommendation of U.S. Magistrate Judge (#18) on March 30, 2011.   The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendant,  the pleadings and memoranda of the parties and other

---

[1]Refers to court's docket number.

1  relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court
2  determines that the Magistrate Judge's Report and Recommendation (#16) entered on February 28,
3  2011, should be adopted and accepted.
4      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#16)
5  entered on February 28, 2011, is adopted and accepted, and Plaintiff's Motion for Remand (#10) is
6  DENIED, Defendant's Cross-Motion for Summary Judgment (#13-14) is GRANTED, and the decision
7  of the ALJ is AFFIRMED..
8      IT IS SO ORDERED.
9      DATED this 25th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE